G. Thomas Martin, III, Esq.  (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
TYESHA STEVENSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYESHA STEVENSON<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANT'S CREDIT GUIDE COMPANY; and DOES 1 to 10, inclusive,<br><br>Defendants. | **Case No.: 12-cv-03343NC**<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TYESHA STEVENSON (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:September25,2012         **PRICE LAW GROUP APC**
                              By: /s/ G. Thomas Martin, III
                                  G. Thomas Martin, III
                                  Attorney for Plaintiff